KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.
Gary E. Schnitzer , Esq.
Nevada Bar Number 395
Martin J. Kravitz, Esq.
Nevada Bar Number 83
8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorneys for Defendant*
*LexisNexis Risk Solutions, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ISAIAH HENRY; ANITA HENRY; and KELLY MURPHY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendant. | Case No. 2:22-cv-01122-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR LEXISNEXIS RISK SOLUTIONS, INC., TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant LexisNexis Risk Solutions, Inc., ("LexisNexis") and Plaintiffs, Isaiah Henry; Anita Henry and Kelly Murphy ("Plaintiffs"), by and through their counsel, hereby respectfully submit this stipulation to extend time for LexisNexis to respond to Plaintiffs' Complaint. This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2 and LR 7-1. This is the first request for extension of time to respond to Plaintiff's Complaint.

Plaintiffs filed their Complaint on July 14, 2022 and LexisNexis was served with the Complaint on July 19, 2022. Accordingly, LexisNexis' response to Plaintiffs' Complaint is currently due August 9, 2022. Upon LexisNexis' request and good cause shown, Plaintiffs have agreed to a thirty (30) day extension for LexisNexis' to respond to Plaintiffs' Complaint. Good cause exists to grant the stipulation as an additional thirty (30) days are needed to allow

LexisNexis to investigate Plaintiffs' allegations, including a review of relevant documents. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiffs and LexisNexis agree that LexisNexis shall have up to and including September 8, 2022 to file a responsive pleading to Plaintiffs' Complaint.

THEREFORE, Defendant, LexisNexis Risk Solutions, Inc., shall have up to and including September 8, 2022 to file a responsive pleading to Plaintiffs' Complaint.

**IT IS SO STIPULATED.**

DATED this 4th day of August, 2022.   DATED this 4th day of August, 2022.

KRIEGER LAW GROUP, LLC              KRAVITZ SCHNITZER JOHNSON
                                     WATSON & ZEPPENFELD, CHTD.

By: */s/ Shawn Miller*                By: */s/ Martin J. Kravitz, Esq.*
David Krieger, Esq.                   Gary E. Schnitzer, Esq.
Nevada Bar No. 9086                   Nevada Bar No. 395
Shawn Miller, Esq.                    Martin J. Kravitz, Esq.
Nevada Bar No. 7825                   Nevada Bar No. 83
5202 Ft. Apache Road, Suite 200       8985 S. Eastern Avenue, Suite 200,
Las Vegas, Nevada 89148               Las Vegas, NV 89123
Tel: (702) 848-3855                   Tel: (702) 222-4142
dkrieger@kriegerlawgroup.com          gschnitzer@ksjattorneys.com
smiller@kriegerlawgroup.com           *Attorneys for Defendant,*
*Attorneys for Plaintiff,*            *LexisNexis Risk Solutions, Inc.*
*Isaiah Henry, Anita Henry &*
*Kelly Murphy*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-8-2022